IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CEASAR R. BANKS,

    Plaintiff,

v.

DR. BURTON COX and
MARY BARTELS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-9-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____     2/23/10
Peter Oppeneer, Clerk of Court           Date